# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: B Kareen Karns  
      Debtor(s)

BKY. NO. 11-07527 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-2, Mortgage-Backed Notes, Series 2013-2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5506

                              Respectfully submitted,

                              **/s/ Thomas Puleo**  
                              Thomas Puleo, Esquire  
                              James C. Warmbrodt, Esquire  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106-1532  
                              (215) 825-6306  FAX (215) 825-6406  
                              Attorney for Movant/Applicant