```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 11-07527-RNO
B Kareen Karns                                              Chapter 13
                  Debtor           CERTIFICATE OF NOTICE

District/off: 0314-5         User: LyndseyPr           Page 1 of 2           Date Rcvd: Feb 22, 2017
                             Form ID: ordsmiss         Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             #+B Kareen Karns,    160 Mill St,    Benton, PA 17814-7801
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX 75063)
cr             +c/o Craig H. Fox Springleaf Financial Services of,     Fox and Fox Attorneys at Law, P.C.,
                 One Montgomery Plaza,    Suite 706,    Norristown, PA 19401-4852
3979637        +AT&T Wireless,    830 Schuylkill Mall Rd,    Frackville, PA 17931-2502
3979638        +Bloomsburg Hospital,    549 E Fair St,    Bloomsburg, PA 17815-1498
3979639         Central Credit Audit,    PO Box 735,    Sunbury, PA 17801-0735
3979643        +Citibank Sears,    Box 6275,    Sioux Falls, SD 57117-6275
3979645        +Crafters Choice Book Club,    Box 916400,    Rantool, IL 61866-6400
3984215         Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law PC,    706 One Montgomery Plaza,
                 425 Swede Street,    Norristown, PA 19401
3979646        +Doubleday Book Club,    c/o NTL Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
3979648         Geisinger Medical Center,    100 N Academy St,    Danville, PA 17821
3979651        +Midland Credit Management Inc,    2365 Northside Dr Ste 300,     SAN DIEGO, CA 92108-2709
3979652        +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
3979653        +National Recovery Agency,    2491 PAXTON ST,    HARRISBURG, PA 17111-1036
3982234        +Springleaf Financial Services of Pennsylvania, Inc,     c/o Craig H. Fox, Esquire,
                 One Montgomery Plaza,    Suite 706,    Norristown, PA 19401-4852
3979659        +Susquehanna Valley Prosthetics,    6850 Lowes Rd,    Bloomsburg, PA 17815-8708
3979660        +Swiss Colony,    1112 7TH AVE,    MONROE, WI 53566-1364
3979661        +Verizon Wireless,    500 TECHNOLOGY DR,    WELDON SPRING, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: AIS.COM Feb 22 2017 18:58:00     Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
cr              EDI: AIS.COM Feb 22 2017 18:58:00     Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,    Houston, TX 77210-4457
cr              EDI: RECOVERYCORP.COM Feb 22 2017 18:58:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4042373        +EDI: ACCE.COM Feb 22 2017 18:58:00     ASSET ACCEPTANCE LLC,    PO BOX 2036,
                 WARREN MI 48090-2036
3981451        +EDI: AFNIRECOVERY.COM Feb 22 2017 18:58:00      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
3979636        +EDI: ACCE.COM Feb 22 2017 18:58:00     Asset Acceptance,    PO Box 1630,    Warren, MI 48090-1630
3979635         EDI: CBCSI.COM Feb 22 2017 18:58:00     CBCS,    Box 165025,    Columbus, OH 43216
3979642        +EDI: CITICORP.COM Feb 22 2017 18:58:00      CitiBank,    Box 6500,    SIOUX FALLS, SD 57117-6500
4019512         EDI: RECOVERYCORP.COM Feb 22 2017 18:58:00      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
3979647        +EDI: WFNNB.COM Feb 22 2017 18:58:00     Fashion Bug/Spirit of America,    1103 Allen Dr,
                 Milford, OH 45150-8763
4014707         EDI: RECOVERYCORP.COM Feb 22 2017 18:58:00      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
3979649        +EDI: HFC.COM Feb 22 2017 18:58:00     Hsbc Card Services a,    PO BOX 5253,
                 CAROL STREAM, IL 60197-5253
4048508         EDI: JEFFERSONCAP.COM Feb 22 2017 18:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
3979650        +EDI: RESURGENT.COM Feb 22 2017 18:58:00      LVNV,    PO BOX 10497,    GREENVILLE, SC 29603-0497
4301371         EDI: AIS.COM Feb 22 2017 18:58:00     Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
4237064         EDI: AIS.COM Feb 22 2017 18:58:00     Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
3979654        +EDI: AGFINANCE.COM Feb 22 2017 18:58:00      Onemain,    300 Saint Paul Pl,
                 Baltimore, MD 21202-2120
4009631         EDI: RECOVERYCORP.COM Feb 22 2017 18:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3979641        +E-mail/Text: bankruptcy@remitcorp.com Feb 22 2017 19:04:28       Remit Corp,    36 W MAIN ST,
                 BLOOMSBURG, PA 17815-1703
3979658         EDI: AGFINANCE.COM Feb 22 2017 18:58:00      Springlead Finan Ser,    132 W Front St,
                 Berwick, PA 18603-4702
4047511        +EDI: VERIZONWIRE.COM Feb 22 2017 18:58:00      Verizon Wireless,    PO BOX 3397,
                 Bloomington, IL 61702-3397
3979662        +EDI: WFNNB.COM Feb 22 2017 18:58:00     WFCB/Blair,    PO BOX 182120,    COLUMBUS, OH 43218-2120
3979663        +EDI: WFNNB.COM Feb 22 2017 18:58:00     WFNNB/Fashion Bug,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0314-5           User: LyndseyPr           Page 2 of 2           Date Rcvd: Feb 22, 2017
                               Form ID: ordsmiss         Total Noticed: 41
```

```
cr*           +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
3979640*       Central Credit Audit,    PO Box 735,    Sunbury, PA 17801-0735
3979644*      +Citibank Sears,    Box 6275,    Sioux Falls, SD 57117-6275
4052116*      +Midland Credit Management Inc,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
4595070*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
4595071*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
3979655*      +Remit Corp,    36 W MAIN ST,    BLOOMSBURG, PA 17815-1703
3979656*      +Remit Corp,    36 W Main St,    Bloomsburg, PA 17815-1703
3979657       ##+RJM Acquisition,    575 UNDERHILL BLVD STE 224,    SYOSSET, NY 11791-3416
                                                                              TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
```
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Craig H Fox    on behalf of Creditor c/o Craig H. Fox   Springleaf Financial Services of
           Pennsylvania, Inc. Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com,
           cfox@foxandfoxlaw.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association et al...
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association et al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Robert Spielman    on behalf of Debtor B Kareen Karns bobspielman@yahoo.com, rssecty@yahoo.com
          Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association et al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 7
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| B Kareen Karns<br>aka Barbara K Karns<br>**Debtor(s)** | Chapter 13<br>Case No.  5:11−bk−07527−RNO |

### Order

   Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

   **ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated:  February 22, 2017

By the Court,

*(signed)* Robt N. Opel II

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk